

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| CARNELLA M. MARKS<br>LA. DOC #300215 | CIVIL ACTION NO. 11–114<br>SECTION P |
| VERSUS | JUDGE ROBERT G. JAMES |
| WAYNE EDWARDS, ET AL | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

For the foregoing reasons and for those reasons stated in the Report and Recommendation [Doc. No. 6] of the Magistrate Judge, which is adopted by this Court,

IT IS ORDERED, ADJUDGED, AND DECREED that the Plaintiff's civil rights action is DISMISSED WITH PREJUDICE as frivolous and for failure to state a claim upon which relief may be granted and failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure and Local Rule 41.3W.

Monroe, Louisiana, this 23 day of June, 2011.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE