UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **CARNELLA M. MARKS**<br>**LA. DOC #300215** | **CIVIL ACTION NO. 11–114**<br>**SECTION P** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **WAYNE EDWARDS, ET AL** | **MAG. JUDGE KAREN L. HAYES** |

# JUDGMENT

For the foregoing reasons and for those reasons stated in the Report and Recommendation [Doc. No. 6] of the Magistrate Judge, to the extent adopted,

IT IS ORDERED, ADJUDGED, AND DECREED that the Plaintiff's civil rights action is DISMISSED WITH PREJUDICE as frivolous and for failure to state a claim upon which relief may be granted.

IT IS FURTHER ORDERED that Plaintiff's second motion for appointment of counsel, contained in her objections to the Report and Recommendation [Doc. No. 30] is DENIED.

Monroe, Louisiana, this 23rd day of January, 2012.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE